**Slip Op. 00-153**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                                    :
SKF USA INC. and SKF SVERIGE AB,                    :
                                                    :
                              Plaintiffs,           :
                                                    :
                  v.                                :
                                                    :
UNITED STATES,                                      :    Court No. 97-11-02008
                                                    :
                              Defendant,            :
                                                    :
THE TORRINGTON COMPANY,                             :
                                                    :
                  Defendant-Intervenor.             :
_____:

**<u>JUDGMENT</u>**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, <u>SKF USA Inc. v. United States</u>, 24 CIT ___, Slip Op. 00-58 (June 1, 2000) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on August 23, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                                        _____
                                        NICHOLAS TSOUCALAS
                                        SENIOR JUDGE

Dated: November 17, 2000
        New York, New York